7jgmtwoh (1/12)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

*In Re:* Emmale Fern Judycki
*Debtor*

**J. Kevin Checkett**
  Plaintiff(s)

v.

**Cryrillus Wood**
**Crystal Coberley**
**James Lane**
**Dawnita Westover**
  Defendant(s)

*Bankruptcy Case No.*
11−62635−abf7

*Adversary Case No.*
12−06021−abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Default Judgment entered in favor of Trustee/Plaintiff and against Defendants, Cryrillus Wood, Crystal Coberley, James Lane, and Dawnita Westover: the Trustee is granted authority to sell property as described in the order fee and clear of any and all co−ownership of defendants, and from any claims or security interest. The Trustee is further granted authority to sell the property at public or private sale at his discretion, and upon further order of this Court. ORDERED, the Trustee is authorized to distribute to the co−owners of the property and the estate the proceeds of the sale, less the costs and expenses, including attorney fees but not including compensation of the Trustee, of such sale according to the interest of the co−owners and the estate. ORDERED, the Court finds that the described real property is owned as one−third interest of Emmale Fern Judycki, one−third interest of Cryrillus Wood, and the remaining one−third interest to be divided equally between Crystal Coberley, James Lane, and Dawinta Westover.

Ann Thompson
Court Executive

By: /s/ Sharon Stanley
    Deputy Clerk



Date of issuance: 7/10/12

Court to serve